# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Robert E. Spencer,

    Plaintiff(s),

vs.

T.R. Carroll, Supt.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:03cv358-1

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2006 Order.

January 9, 2006

FRANK G. JOHNS, CLERK

BY: _____
Cynthia Huntley, Deputy Clerk